AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

GRANTLY EARL CALVIN, and
AYLAIR BEVERLY SPENCE

**WARRANT FOR ARREST**

CASE NUMBER: 00-4049-SNOW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  **GRANTLY EARL CALVIN**
                                         Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment   [ ] Information   [x] Complaint   [ ] Order of court   [ ] Violation Notice   [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine; and did knowingly and intentionally combinem conspire, confederate and agree with persons known and unknown to possess with intent to distribute a Schedule II controlled substance, that is a mixture and substance containing a detectable amount of cocaine.

in violation of Title  21  United States Code, Section(s)  841(a)(1) and 846

Name of Issuing Officer

Title of Issuing Officer   3/6/00   FTL/FL

Signature of Issuing Officer

Date and Location

Bail fixed at $ PTD Requested   by  Lurana S. Snow
                                     Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

FILED by D.C.
MAR 06 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.