COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: ~~GRANTL~~ Y EARL CALVIN (J)    CASE NO: 00-4049-SNOW
AUSA: ED ALLEN /Bowell    ATTY: _____
AGENT: FBI    VIOL: 21:841(a)(1) & 846
PROCEEDING I/A ON COMPLAINT    RECOMMENDED BOND PTD
BOND HEARING HELD - yes/no    COUNSEL APPOINTED

FILED by ___ D.C.
MAR 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

_____ BOND SET @ _____
_____ SPECIAL CONDITIONS: _____
1) To be cosigned by: _____
2) Rpt to PTS ___ x's a wk/month by phone; ___ x's a wk/month in person
3) Travel extended to: _____

Deft advised of charges - sworn
for appt'mt of Counsel - CJA
to be app'td

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL: _____
                          (PTD)/BOND HRG:   3-10   10:30   LSS ✓
                          PRELIM/ARRAIGN:   3-17   ✓11    BSS
                          REMOVAL HRG:
                          STATUS CONF:

Date: 3/7/00    Time 11:00    FTL/LSS TAPE #00- 014    Begin: 1895    End: ___