UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | |
|---|---|
| U.S.                  Plaintiff | CASE NO. 00-4047-SNOW |
| v. | |
| Beaufly Earl Cason | REPORT COMMENCING CRIMINAL ACTION |
| Defendant | 555228-004 |

FILED by ___ D.C.
MAR 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

TO: CLERK'S OFFICE
U.S. DISTRICT COURT

All items indicated are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 3/7/00   7:30 AM
2. Spoken language: English
3. Offense(s) charged: Title 21 Sec 841 B
4. U.S. Citizen  [✓] YES   [ ] NO   [ ] UNKNOWN
5. Date of birth: 5-14-63
6. Type of charging document: (Check One)
   [ ] INDICTMENT       [✓] COMPLAINT TO BE FILED/ALREADY FILED
   CASE NO._____      CASE NO._____
   DISTRICT:_____ (Where warrant or complaint is filed.)

   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [ ] PROBATION VIOLATION WARRANT
   [ ] PAROLE VIOLATION WARRANT

   COPY OF WARRANT LEFT WITH BOOKING OFFICER: [✓] YES  [ ] NO
   AMOUNT OF BOND: Pretrial
   WHO SET BOND: _____

7. REMARKS: _____

8. DATE: 3/7/00
10. AGENCY: FBI

9. Cassondra Joyn
   ARRESTING OFFICER
11. 305-787-6246
   PHONE NO.