AO 442 (Rev. 5/93) Warrant for Arrest     458321

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

GRANTLY EARL CALVIN, and
AYLAIR BEVERLY SPENCE

**WARRANT FOR ARREST**

CASE NUMBER: 00-4049-SNOW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___GRANTLY EARL CALVIN___
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
Knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine; and did knowingly and intentionally combinem conspire, confederate and agree with persons known and unknown to possess with intent to distribute a Schedule II controlled substance, that is a mixture and substance containing a detectable amount of cocaine.

in violation of Title ___21___ United States Code, Section(s) ___841(a)(1) and 846___

Name of Issuing Officer

Title of Issuing Officer   3/6/00   FTL/FL

Signature of Issuing Officer     Date and Location

Bail fixed at $ ___PTD Requested___ by ___Lurana S. Snow___
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Ft. Lauderdale, FL

| DATE RECEIVED 03/06/2000 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone, US Marshal | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 3/7/2000 | FOR: FBI | Fred Depompa, SDUSM |

This form was electronically produced by Elite Federal Forms, Inc.