UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 00-6068
21 U.S.C. 841(a)(1)
21 U.S.C. 846
18 U.S.C. 2

CR-ROETTGER

MAGISTRATE JUDGE
SNOW

FILED ___ D.C.
MAR 1 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,

PLAINTIFF,

v.

GRANTLY EARL CALVIN,
and
AYLAIR BEVERLY SPENCE,

DEFENDANTS.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT I

From in or about July 1996, to on or about April 5, 1997, the exact dates being unknown to the Grand Jury, at Dade County and Broward County, in the Southern District of Florida, and elsewhere, the defendants,

GRANTLY EARL CALVIN,
and
AYLAIR BEVERLY SPENCE,

did knowingly and intentionally combine, conspire, confederate and agree with each other and with other persons, known and unknown to the grand jury, to possess with intent to

distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1), all in violation of Title 21, United States Code, Section 846.

### COUNT II

On or about April 5, 1997, at Miramar, Broward County, in the Southern District of Florida, and elsewhere, the defendants,

GRANTLY EARL CALVIN,
and
AYLAIR BEVERLY SPENCE,

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
EDWARD N. ALLEN
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PENALTY SHEET**

Defendant's Name: __GRANTLY EARL CALVIN__    No.: _____

Count # I
Possession with intent to distribute cocaine.
21 U.S.C. § 846

*Max. Penalty:    **40 years IMPRISONMENT**

Count #: II
Conspiracy to possess with intent to distribute cocaine

21 U.S.C. § 841(a)(i)

*Max. Penalty:    **40 years IMPRISONMENT**

Count #:

*Max. Penalty:
Count #:

*Max. Penalty:
Count #:

*Max. Penalty:
Count #:

*Max. Penalty:
Count #:

*Max. Penalty:
Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
<u>PENALTY SHEET</u>**

Defendant's Name: **AYLAIR BEVERLY SPENCE**   No.: _____

Count # I
Possession with intent to distribute cocaine.
21 U.S.C. § 846

*Max. Penalty:   **40 years IMPRISONMENT**

Count #: II
Conspiracy to possess with intent to distribute cocaine

21 U.S.C. § 841(a)(i)

*Max. Penalty:   **40 years IMPRISONMENT**

Count #:


*Max. Penalty:
Count #:


*Max. Penalty:
Count #:


*Max. Penalty:
Count #:


*Max. Penalty:
Count #:


*Max. Penalty:
Count #:


*Max. Penalty:
**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE NO. _____

v.                                **CERTIFICATE OF TRIAL ATTORNEY***

GRANTLY EARL CALVIN, et al.       **Superseding Case information:**

**Court Division:** (Select One)      New Defendant(s)      Yes ___   No ___
                                  Number of New Defendants  ___
___ Miami    ___ Key West         Total number of counts    ___
X   FTL      ___ WPB    ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No) __No__
   List language and/or dialect _____

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   I    0 to 5 days      __3__         Petty       ___
   II   6 to 10 days     ___           Minor       ___
   III  11 to 20 days    ___           Misdem.     ___
   IV   21 to 60 days    ___           Felony      __X__
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No) __No__
If yes:
Judge: _____      Case No. _____
(Attach copy of dispositive order)

Has a complaint been filed in this matter? (Yes or No) __YES__
If yes:
Magistrate Case No. __00-4049-SNOW__
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _____
Defendant(s) in state custody as of _____
Rule 20 from the _____  District of _____

Is this a potential death penalty case? (Yes or No) __No__

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? __X__ Yes ___ No   If yes, was it pending in the Central Region? ___ Yes __X__ No

_____
EDWARD ALLEN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.
COURT I.D. A5500072

*Penalty Sheet(s) attached                                REV.4/7/99