UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No: 00- 6068/CR
Roexlgar

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GRANTLY EARL CALVIN,

    Defendant,
_____/

NOTICE OF PERMANENT
APPEARANCE AT TRIAL LEVEL

COMES NOW Alberto F. Sarasua, Esq., and files this permanent appearance as counsel for GRANTLY EARL CALVIN. Counsel appears for all proceedings at the trial level, arising out of the presently charged statutory violations in the Southern District of Florida.

I HEREBY CERTIFY, that a true and accurate copy of the foregoing document was served upon,

    EDWARD ALLEN, ESQ.
    Assistant United States Attorney, So. District of Florida
    99 East 4th Street, Miami   Florida   33101

on the 17th day of March, 2000.

    Respectfully submitted,

    ALBERTO F. SARASUA, Esq.
    442 Hampton Lane,
    Key Biscayne, Florida   33149-1853
    Fla.Bar No. 363146  (305-361-7480)