UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

U.S.A.

Case No: 00-6068-CR-NCR

vs.

GRANTLY EARL CALVIN

TRANSMITTAL LETTER FOR SEALED DOCUMENT

Plaintiff or Defendant
(circle one)

Filed date: 3-28-2000

No. Of Documents ONE

SEALED DOCUMENT IN VAULT

Document to be unsealed by order of court upon good cause shown.

Docket Clerk: ___
Docket Number(s): 22