## COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

FILED by _OV_ D.C.
MAR 23 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

DEFT: GRANTLY EARL CALVIN (J)   CASE NO: 00-6068-CR-ROETTGER

AUSA: ED ALLEN   ATTY: ALBERTO SARASUA

AGENT: _____   VIOL: _____

PROCEEDING __PTD / POSSIBLE STIP__   RECOMMENDED BOND _____

BOND HEARING HELD - yes/~~no~~   COUNSEL APPOINTED _____

BOND SET @ $500,000.00 Corporate Surety w/ Nebbia

SPECIAL CONDITIONS:

1) To be cosigned by: _____

2) Rpt to PTS   x's a wk/month by phone;   x's a wk/month in person

3) Travel extended to: _____

- Reading of indictment waived
- Not Guilty Plea entered
- Jury Trial demanded
- Standing discovery Order entered.

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL: _____

PTD/BOND HRG: _____

PRELIM/ARRAIGN: _____

REMOVAL HRG: _____

STATUS CONF: March 31, 2000 @ 11:00 a.m.

Date: 3/23/00   Time 11:00   FTL/LSS TAPE #00- 017   Begin: 447   End: 558

