HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

## COURT MINUTES

Case No.: 00-6068-CR-NCR  Date: 5/3/00
Courtroom Clerk: P. Hart  Court Reporter: Reeves
Probation Officer: _____  Interpreter: _____

Plaintiff(s): U.S.A.  Counsel: Allen

Defendant(s): D. Calvin (J)  Counsel: A. Sarasua
A. Spence (B)              D. Wilcox

Reason For Hearing: Pleas

Result of Hearing/Judgment: As plead & adj. as guilty. PSIs ordered. Slnts set Fri July 7, 2000 at 10:00 A.M. & 10:30 A.M.

Misc.: 28/sm