**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 00-6068/Cr/ROETTGER**

FILED BY _____ D.C.

00 JUN 13 PM 12: 53

LARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.-FTL

UNITED STATES OF AMERICA,

  Plaintiff,

vs.                                             *MOTION TO CONTINUE SENTENCING*

GRANTLY EARL CALVIN,

  Defendant.
_____/

Defendant through counsel respectfully requests that the Court continue the sentence date on the above captioned case. As grounds counsel states,

1. The case is set for sentencing on July 7th, 2000.
2. Co-defendant has already filed a similar motion due to a conflict.
3. Counsel respectfully requests that the sentence on Mr. Calvin also be continued until August, 2000, at any date to the Court's convenience.
4. Counsel has personally spoken to AUSA Edward Allen, who has no objection to this motion.

WHEREFORE, defendant respectfully requests that the Court grant the above motion.

I HEREBY CERTIFY, that a true and accurate copy of the foregoing document was served upon,

  EDWARD ALLEN, AUSA
  Assistant United States Attorney, So. District of Florida

33

99 East 4th Street, Miami   Florida   33101

on the 13th day of June, 2000

Respectfully submitted,

ALBERTO F. SARASUA, Esq.
442 Hampton Lane,
Key Biscayne, Florida 33149-1853
Fla.Bar No. 363146  (305)361-7480