```
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF FLORIDA

                                    CASE NO: 00-6068-CR-ROETTGER
UNITED STATES OF AMERICA

vs

GRANTLY EARL CALVIN &                         NOTICE
BEVERLY AYLAIR

_____/
```

TAKE NOTICE That a proceeding in this case has been set for <u>FRIDAY AUGUST 25, 2000 at 1:30 P.M.</u> at the U.S. District Courthouse, 299 East Broward Blvd. Courtroom 205-B, Ft. Lauderdale, Florida.

TYPE OF PROCEEDING:

    SENTENCING

---

CLARENCE MADDOX, CLERK

DATED: 8/2/00

BY: _P. Hart_

Deputy Clerk

35/DM