HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

## COURT MINUTES

Case No.: _09- 6068- CR_     Date: _8/25/00_

Courtroom Clerk: _P. Hart_     Court Reporter: _Beens_

Probation Officer: _____     Interpreter: _____

Plaintiff(s): _U.S.A._     Counsel: _Allen_

Defendant(s): _(1) East_     Counsel: _A. Sarasua_
_(3) Spense_     _S. Smargon_

Reason For Hearing: _Sentencing_

Result of Hearing/Judgment: _Mot 5K1.1 - Granted_
_Calvin: no fine, 45 months Cts 1+2_
_to run concur + concur w/sentence_
_imposed as to Judge Moreno. 4 yrs. S.R._
_assessed $200ºº Spence: no fine,_
_24 months Cts 1+ 2 to run concur._
Misc.: _assessed $200ºº 3 yrs S.R._
_Exec. of Confinement deferred. Report weekly_
_a weekly by phone._