# United States District Court

## Southern District of Florida

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| **GRANTLY EARL CALVIN** | Case Number: 0:00CR06068-001 |
|  | A.U.S.A.-Allen Alberto Sarasua, Esq. |
|  | Defendant's Attorney |

**THE DEFENDANT:**

- [X] pleaded guilty to count(s) **1 & 2**
- [ ] pleaded nolo contendere to count(s) _____ which was accepted by the court.
- [ ] was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. § 846 | Conspiracy to possess w/intent to distribute cocaine. | 03/07/2000 | 1 |
| 21 U.S.C. § 841 (a)(1) | Possession w/intent to distribute cocaine. | 03/07/2000 | 2 |

The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

- [ ] The defendant has been found not guilty on count(s) _____
- [ ] Count(s) _____ (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | |
|---|---|
| Defendant's Soc. Sec. No.: 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 | 08/25/2000 |
| Defendant's Date of Birth: 05/14/1964 | Date of Imposition of Judgment |
| Defendant's USM No.: 55228-004 | |
| Defendant's Residence Address: | /s/ Norman C. Roettger |
| 583 S.W. 179 Avenue | Signature of Judicial Officer |
| Pembroke Pines   FL   33029 | **NORMAN C. ROETTGER** |
| | U.S. DISTRICT COURT JUDGE |
| Defendant's Mailing Address: | Name & Title of Judicial Officer |
| 583 S.W. 179 Avenue | |
| Pembroke Pines   FL   33029 | 25 Aug 2000 |
| | Date   8/28/00 |

DEFENDANT: **GRANTLY EARL CALVIN**
CASE NUMBER: **0:00CR06068-001**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of    **45 month(s)**   .

**As to each Count 1 & 2 to run concurrently with each other and concurrently with the sentence imposed as to Case # 00-287-CR-MORENO, U.S. District Court for the Southern District of Florida. Defendant to receive credit for time served.**

☒ The court makes the following recommendations to the Bureau of Prisons:

**South Florida.**

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ a.m./p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

Defendant delivered on   *9-19-00*   to   *BCP FCI Miami*
at   *Miami FL*  , with a certified copy of this judgment.

*Ed Gonzalez*, Warden
UNITED STATES MARSHAL

By *Tina Nolan, Lt*
Deputy U.S. Marshal